UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| City of Cleveland, Ohio, | ) | CASE NO. 1:23CV1417 |
| | ) | |
| Plaintiff(s), | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Eli Lilly & Company, et al., | ) | ORDER OF RECUSAL |
| | ) | |
| Defendant(s). | ) | |

Pursuant to 28 U.S.C. §455(b)(4), this Court is disqualified from presiding over this case.

IT IS ORDERED that, pursuant to Local Rule 3.1 (b)(1), this case is returned to the Clerk of Court for reassignment to another judge by random lot.

 /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Court
Chief Judge

Dated:  7/24/23